AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Central District of Illinois

SIMON A. LUNDY

Plaintiff

V.

ROBERT A. ALVARADO
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

FILED
OCT 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Simon A. Lundy declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  SANDSTONE, FCI

   Are you employed at the institution? yes     Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

October 6, 2006
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED
OCT 1 6 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

SIMON A. LUNDY

        Plaintiff

vs.                                          Case No. 06-1249

ROBERT ANDRE ALVARADO

        Defendant(s)

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☒ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, SIMON A. LUNDY, and states as follows:

My current address is: SANDSTONE, FCI, P.O. BOX 1000  MN 55072

The defendant ROBERT ALVARADO, is employed as Attorney at 100 N.E. Monroe Street

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes  ☒    No ☐

If yes, please describe

   Another attorney, violating my constitutional rights.

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

   Yes  ☒    No ☐

C. If your answer to B is yes, how many?  __1__  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)      Simon A. Lundy

      Defendant(s)    Knox County, Correctional Facility

   2. Court (if federal court, give name of district; if state court, give name of county)

Federal Court Building, 100 N.E. Monroe St. Peoria, IL 61602

3. Docket Number/Judge

03-10064   Harold A. Baker

4. Basic claim made

Harsh Incarceration

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

DISMISSED

6. Approximate date of filing of lawsuit   N/A

7. Approximate date of disposition

N/A

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☒   If your answer is no, explain why not

None Institutional Matter

C. Is the grievance process completed?   Yes ☐   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

**Place of the occurrence** Federal Court Building, Holding Cell 1

**Date of the occurrence** September 16, 2005

**Witnesses to the occurrence** Attorney Thomas R. Iben

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
         *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

Attorney Robert A. Alvarado, was terminated from my case due to a conflict of interest.

(2). Attorney Alvarado, returned on my case over a year later.

(3). Attorney Alvarado, apond returing on my case provided legal assistence to my case.

(4) Attorney Alvarado, provided ineffective information on my case.

(5) Attorney Alvarado, working on a separate case with my informer, while at the same time advising counsel on my case "NOT" to proceed to trial.

(6) Attorney Alvarado, working on a high profile case the government, and my informer while at the same time advising my case take a guilty plea, to spare the governments informers credibility from being impeached on his arresting case.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Charges of a Malpratice Lawsuit filed against attorney ROBERT ALVARADO, a full apology with monetary relief, for mental stress, emotional pain and suffering.

**JURY DEMAND**            Yes  ☒        No  ☐

**Signed this** ___6___ **day of** ___October___ , ~~19~~ 2006 .

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| SIMON A. LUNDY | 16585-424 |
| Address: | Telephone Number: |
| SANDSTONE, FCI    MN. 55072 | N/A |