UNITED STATES OF AMERICAN
CENTRAL DISTRICT OF ILLINOIS, PEORIA

FILED
OCT 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
Mr. Simon A. Lundy                    )  Simon Lundy
FCI Sandstone, MN 55072               )  Plaintiff
PO BOX 1000                           )
Reg. No. 16585-424 Unit C             )      v.
Case No. 03-10064                     )
Case No. 1:06cv1249                   )  Defendants
Case No. 1:06cv1257                   )  Thomas Reinhard Iben
                                      )  Robert Andre Alvarado
                                      )  (ATTORNEYS at LAW)
                                      )
Presiding Judges;                     )
Michael M. Mihm                       )
John A. Gorman                        )
                                      )
```

October 19, 2006

### MOTION TO REASSIGN CASE

NOW COMES, Plaintiff, Simon Lundy , moves this court to reassign this case to Judge Baker, or, in the alternative, another Judge of the court.

Mr. Lundy also moves this court to remove Judge Gorman from this case and assign another Magistrate Judge.

This request is made for the following reason;

1). Mr. Lundy will be requesting that Judge Mihm and Judge Gorman be called as wittnesses in this case.

2). Judge Mihm will be ask questions about appointment of attorney Iben.

3). Judge Gorman will be asked questions about appointment of attorney Alvarado.

Therefore, reassingnment of this case is necessary to protect the integrety of this court.

Sincerely,

SIMON A. LUNDY

*[signature]*