# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SIMON LUNDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 06-1257 |
| | ) |
| ROBERT ANDRE ALVARADO, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code.

This case is referred to Chief Judge Michael McCuskey for reassignment.

Entered this 24th day of October, 2006.


s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE