E-FILED
Thursday, 02 November, 2006  08:35:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Simon Lundy | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No.  06-1257 |
| | ) | |
| Robert Alvarado | ) | |
| Defendants | ) | |

## ORDER

I hereby recuse myself from further proceedings in this case pursuant to §455(a) and (b) of Title 29, United States Code.

ENTER this 1st day of November, 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE