148

UNITED STATES OF AMERICAN

Prepared By: Mr. Simon A. Lundy, Sr.
             Reg. No. 16585-424-C
             FCI, Sandstone
             PO BOX 1000
             Sandstone, MN 55072

FILED
NOV 13 2006
JOHN M WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Prepared For: Honorable Michael McCuskey
              Chief Justice Central District
              of Illinois.

Case No. 03-10064-001
Case No. 06-2749
         06-2214
         06-2215

October 25, 2006

Dear Honorable McCuskey,

I've been trying without sucess to obtain verious transcripts,
and other important documents that pretain to my case. Such as;

The termination transcript's of both previous attorney's. Robert
Andre Alvarado and Thomas Reinhard Iben. Attorney Alvarado was termi
nated from my case July 22, 2004. And Attorney Iben was terminated
from my case February 2, 2006, both attorney's was terminated by
Judge Michael M. Mihm.

My case was hand appointed six attorney's since January of 2004,
and for reasons unbeknown to me I get either of them to hand over
my discovery. My case was sentenced on June 15, 2006.

I can't find why the court is with holding these items from my right
to have possesion of these items.

Sir, will you please ask the court to provide me with an answer
as to why these items will not be handed over to me.

thank you for taking time out your busy schedule to address these
issues of mines and the District Court in the Central District of
Illinois, Peoria, 61602.

                              Sincerely,
                              Mr. Si A. Lundy C.
                              Mr. Simon A. Lundy, Sr.

SC
DATE 11/13/06  TK

(148)