AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SIMON LUNDY,**
**Plaintiff,**

vs.                                                        Case Number:   **06-2215**

**ROBERT ANDRE ALVARADO,**
**Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that pursuant to 28 USC §1915A and §1331, the plaintiff's complaint is dismissed.

                    ENTER this 17th day of April 2007.

                    s/JOHN M. WATERS, CLERK

                    JOHN M. WATERS, CLERK


                      s/K. Wynn
                    BY:  DEPUTY CLERK