UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 25 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

SIMON LUNDY,
Plaintiff,

vs.

Case Number: 06-2215

ROBERT ANDRE ALVARADO,
Defendant.

MOTION FOR RECONSIDERATION

I, SIMON LUNDY, am respectfully requesting that the Court reconsider its judgment. Based on the following information;

The Judgment page number (2), titled Background, line (6).

"but was reappointed as the plaintiff's attorney a year later."

In the Plaintiff's STATEMENT OF CLAIM dated October 6, 2006, the Plaintiff, Mr. Lundy claimed that his former attorney ROBERT ANDRE ALVARADO, returned onto his case after a year of being terminated, due to a conflict of interest.

Therefore, the word 'reappointed' is being misconstrued with the word 'returned,' because attorney Alvarado was never at any point and time after his termination 'reappointed' to the Plaintiff's case. He just simple showed-up, and advised the Plaintiff, Mr. Lundy to plead guilty because of a case he had compelled adverse interests in.
Finally, Attorney Alvarado returned without authorization of the court, placing him out of bounds.

Thank you in advance for your prompt response to this motion for reconsideration.
Enter this 21st day of April 2007.

Respectfully submitted,

SIMON LUNDY, Plaintiff