E-FILED
Monday, 09 July, 2007  01:39:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 0 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SIMON LUNDY,           )
   Plaintiff,          )
                       )
   vs.                 )   Case Number 06-2215
                       )
ROBERT ANDRE ALVARADO, )
   Respondent.         )

July 3, 2007

Michael P. McCuskey
United States District Judge

Dear Justice McCuskey:

   Entered on the 17th day of April, 2007, Your Honor dismissed a Civil Judgement against defendant Robert Andre Alvarado, pursuant to Title 28 U.S.C. § 1915A and § 1331.

   However, what's unclear is your affirmation as to whether or not attorney Alvarado was reappointed to the Plaintiff's criminal case number 03-10064, after being terminated a year prior due to a conflict of interest.

   Wherefore, the Plaintiff, Simon Lundy, is respectfully requesting information that affirms whether or not attorney Robert Andre Alvarado was reappointed to his criminal case number 03-10064, after he was terminated a year prior.

   Thank you and may I please have a response at your earliest convenience?

Respectfully Submitted,

*Simon Lundy*
Simon Lundy
Case No. 06-2215
Judge Michael P. McCuskey