**E-FILED**
Monday, 23 July, 2007, 01:20:41 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

JUL 2 0 2007

File Number 06-2215

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SIMON LUNDY,                    )

    Plaintiff,                  )

                             )

      vs.                        )        NOTICE OF APPEAL

                             )

ROBERT ANDRE ALVARADO,          )

    Defendant.                  )

---

    Notice is hereby given that Simon Lundy, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement in a civil case entered in this action on July 10, 2007.


                          Respectfully Submitted,


                          *Simon Lundy*

                          Simon Lundy, pro se
                          Reg. No. 16585-424, Unit K1
                          FCI Sandstone
                          P.O. Box 1000
                          Sandstone, MN 55072