

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

File Number 06-2215

SIMON LUNDY,               )
   Plaintiff,              )
                                 )
  vs.                      )   NOTICE OF APPEAL
                                 )
ROBERT ANDRE ALVARADO,     )
   Defendant.              )

    Notice is hereby given that Simon Lundy, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement in a civil case entered in this action on July 10, 2007.

                                Respectfully Submitted,

                                *Simon Lundy*
                                Simon Lundy, pro se
                                Reg. No. 16585-424, Unit K1
                                FCI Sandstone
                                P.O. Box 1000
                                Sandstone, MN 55072

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL OF IL                    Docket No.: 06-2215

Division: DANVILLE/URBANA

***Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)***

SIMON A LUNDY                    v.    ROBERT A ALVARADO

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: MICHAEL P. MCCUSKEY                Name: NONE

Firm: 16585-424                    Firm:

Address: P. O. BOX 1000                Address:

SANDSTONE, MN  55072

Phone:                        Phone:

---

Judge: MICHAEL P. MCCUSKEY            Nature of Suit Code:  360

Court Reporter: NONE                Date Filed in District Court:  10/16/06

                        Date of Judgment: 4/17/07

                        Date of Notice of Appeal: 7/20/07

Counsel:   ___Appointed      ___Retained    _X_ Pro Se

Fee Status:   ___Paid     _X_ Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  16585-424

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Simon A. Lundry, Sr.,**
       **Plaintiff,**

       vs.       06-2215

**Robert Andre Alvarado,**
       **Defendant.**

## OPINION

The plaintiff, Simon Andre Lundry, Sr., has filed a petition to proceed in forma pauperis, d/e 1, and submitted a complaint, purportedly pursuant to 28 U. S. C. §1331. The only defendant he names is Robert Andre Alvarado.

## Standard

The court is required by 28 U.S.C. §1915A to screen the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. §1915A(b).[1]

Pleading particular legal theories or particular facts is not required to state a claim. Fed. R. Civ. P. 8 (complaint need contain only a short, plain statement of the claim and the relief sought); *DeWalt v. Carter*, 224 F.3d 607, 612 (7th Cir. 2000), *citing Nance v. Vieregge*, 147 F.3d 589, 590 (7th Cir.). The complaint need only give "a short and plaint statement of the claim that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Leatherman v. Tarrant county Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 168 (1993)(citations and internal quotation marks omitted)(*cited by Dewalt*, 224 F.3d at 612; Fed. R. Civ. P. 8(a)(2).

The merit review standard is the same as a motion to dismiss standard. It is well established that *pro se* complaints are to be liberally construed. *Haines v. Kerner*, 404 U.S. 519 (1972), *reh'g denied*, 405 U.S. 948 (1972). *See also Tarkowski v. Robert Bartlett Realty*

---

[1]Incarcerated plaintiffs are barred from proceeding in forma pauperis if they have "on 3 or more occasions, while incarcerated, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of physical injury." 28 U.S.C. Section 1915(g).

1

*Company*, 644 F.2d 1204 (7th Cir. 1980). They can be dismissed for failure to state a claim only if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Haines*, 404 U.S. at 521; *Gregory v. Nunn*, 895 F.2d 413, 414 (7th Cir. 1990).

When considering whether to dismiss a complaint for failure to state a claim upon which relief can be granted, the court takes the allegations in the complaint as true, viewing all facts--as well as any inferences reasonably drawn therefrom--in the light most favorable to the plaintiff. *Bethlehem Steel Corp. v. Bush*, 918 F.2d 1323, 1326 (7th Cir. 1990). Dismissal should be denied whenever it appears that a basis for federal jurisdiction in fact exists or may exist and can be stated by the plaintiff. *Tarkowski*, 644 F.2d at 1207, *quoting Littleton v. Berbling*, 468 F.2d 389 (7th Cir. 1972).

### Background

The plaintiff is a federal pre-trial detainee. He is currently detained in a Federal Correctional Institution in Sandstone, Minnesota. He has brought a complaint, purportedly pursuant to 28 U. S. C. Section 1331, against Robert Andre Alvarado, a court appointed public defender who represented the plaintiff who was a defendant in criminal proceedings. The plaintiff claims that the defendant was terminated from his criminal case due to a conflict of interest, but was reappointed as the plaintiff's attorney a year later. Plaintiff claims that Alvarado provided "ineffective information" on his case. Further, the plaintiff claims that Alvarado, while working on another case with the "my" informer was advising the plaintiff's counsel not to proceed to trial." Further, the plaintiff claims Alvarado was "working on a high profile case (sic) government, and my informer while at the same time advising my case take a guilty plea, to spare the governments (sic) informers credibility from being impeached on his arresting case." As relief, the plaintiff seeks "charges of Malpractice Lawsuit filed against" Alvarado, a full apology with monetary relief for mental stress, emotional pain and suffering.

### Discussion

The district courts have original jurisdiction over all civil actions arising under the Constitution of the United States. 28 U.S.C. § 1331. Federal question jurisdiction exists so long as "it appears that some substantial, disputed question of federal law is a necessary element of one of the well-pleaded state claims, or that one or the other claim is 'really' one of federal law." *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 13, 103 S.Ct. 2841, 2848 (1983). However, public defenders cannot generally be sued under § 1983 [or § 1331] because they are not considered "state actors" while "performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding." *Polk County v. Dodson*, 454 U.S. 312, 324-25 (1981). Therefore, pursuant to 28 U.S.C. §1915A and § 1331, the plaintiff's complaint is dismissed against Alvarado.

If the plaintiff is attempting to allege that his former attorney, Alvarado was ineffective

in the criminal proceedings in which Alvarado represented the plaintiff, a habeas corpus action, pursuant to 28 U.S.C. Section 2255 would be the appropriate course of action. However, this court hastens to add that it is not deciding whether the plaintiff has a viable habeas action. Finally, if the plaintiff is trying to make out a negligence action based on state law, federal courts lack jurisdiction over it (that is, the federal courts lack the power to decide the claim).

It is therefore ordered:

1. Pursuant to 28 U.S.C. §1915A and § 1331, the plaintiff's entire complaint is dismissed.
2. Release from incarceration does not relieve the plaintiff's obligation to pay the filing fee in full. The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change.
3. If the plaintiff wishes to appeal this dismissal, he may file a notice of appeal with this court within 30 days of the entry of judgment. Fed. R. App. P. 4(a). A motion for leave to appeal *in forma pauperis* should set forth the issues the plaintiff plans to present on appeal. *See* Fed. R. App. P. 24(a)(1)(C). If the plaintiff does choose to appeal, he will be liable for the $455 appellate filing fee irrespective of the outcome of the appeal.

Enter this 17th day of April 2007.


S/MICHAEL P. MCCUSKEY
MICHAEL P. MCCUSKEY
UNITED STATES DISTRICT JUDGE

3

E-FILED
Tuesday, 17 April, 2007   04:24:16 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SIMON LUNDY,**
**Plaintiff,**

vs.                                                                                     Case Number:   **06-2215**

**ROBERT ANDRE ALVARADO,**
**Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to 28 USC §1915A and §1331, the plaintiff's complaint is dismissed.

ENTER this 17th day of April 2007.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK


s/K. Wynn
BY:  DEPUTY CLERK

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Bernthal@ilcd.uscourts.gov, Chambers.McCuskey@ilcd.uscourts.gov
Message-Id:<548976>
Subject:Activity in Case 2:06-cv-02215-MPM-DGB Lundy v. Alvarado Order on Motion
for Reconsideration
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Central District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 7/10/2007 at 12:38 PM CDT and filed on 7/10/2007
**Case Name:**          Lundy v. Alvarado
**Case Number:**        2:06-cv-2215
**Filer:**
**WARNING: CASE CLOSED on 04/17/2007**
**Document Number:**   No document attached

Docket Text:
**TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 7/10/07. Before the court is the plaintiffs motion for reconsideration [8]. The court has reviewed the plaintiffs motion and statements contained therein and find that its April 17, 2007 judgment is appropriate. Plaintiffs motion is denied. (KW, ilcd)**

**2:06-cv-2215 Notice has been electronically mailed to:**

**2:06-cv-2215 Notice has been delivered by other means to:**

Simon A Lundy
16585-424
SANDSTONE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
SANDSTONE, MN 55072

17, APPEAL, CLOSED, PRISONER, PROSE, REFER, TRANSF

# U.S. District Court
## United States District Court for the Central District of Illinois (Urbana)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02215-MPM-DGB
### Internal Use Only

Lundy v. Alvarado  
Assigned to: Chief Judge Michael P. McCuskey  
Referred to: Magistrate Judge David G. Bernthal  
Case in other court: Peoria Division, 06-01257  
Cause: 28:1332 Diversity - Legal Malpractice  

Date Filed: 10/16/2006  
Date Terminated: 04/17/2007  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Simon A Lundy**   represented by   Simon A Lundy  
16585-424  
SANDSTONE  
FEDERAL CORRECTIONAL  
INSTITUTION  
Inmate Mail/Parcels  
P.O. BOX 1000  
SANDSTONE, MN 55072  
320-245-2262  
PRO SE  

V.

**Defendant**

**Robert Andre Alvarado**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2006 | 1 | PETITION TO PROCEED IN FORMA PAUPERIS and Complaint against Robert Andre Alvarado, filed by Simon A Lundy. (Attachments: # 1 proposed complaint)(HK, ilcd) (Entered: 10/16/2006) |
| 10/23/2006 | 2 | MOTION to Reassign Case (reassign Judges Mihm & Gorman) by Plaintiff Simon A Lundy.Responses due by 11/6/2006 (HK, ilcd) (Entered: 10/23/2006) |
| 10/24/2006 |  | TEXT ORDER finding as moot 2 Motion to Reassign Case. Entered by Judge Michael M. Mihm on 10/24/06. (HK, ilcd) (Entered: 10/25/2006) |
| 10/24/2006 | 3 | ORDER OF RECUSAL. Judge Michael M. Mihm recused. The file is forwarded to the Chief Judge for reassignment. Entered by Judge Michael M. Mihm on 10/24/06. (HK, ilcd) (cc:Pla) (Entered: 10/25/2006) |

| 11/01/2006 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 11/1/2006. This case is transferred to the Urbana Division and reassigned to Chief Judge Michael P. McCuskey for further proceedings. (MB, ilcd) (Entered: 11/01/2006) |
|---|---|---|
| 11/01/2006 | 4 | ORDER OF RECUSAL. Judge John A. Gorman recused pursuant to Section 455(a) & (b) of Title 29, US Code. Entered by Judge John A. Gorman on 11/1/6. (cc:pla)(HK, ilcd) (Entered: 11/02/2006) |
| 11/01/2006 | | Remark: copy of 11/1/6 text order by Chief Judge McCuskey sent to Pla by Clerk (HK, ilcd) (Entered: 11/02/2006) |
| 11/02/2006 | | Case transferred in from Peoria Division on 11/01/2006 Case Number 1:6-cv-1257. Case assigned to Judge Michael P. McCuskey and David G. Bernthal. (MT, ilcd) (Entered: 11/02/2006) |
| 11/13/2006 | 5 | Letter from plaintiff concerning his criminal transcript (KW, ilcd) (Entered: 11/14/2006) |
| 12/21/2006 | | TEXT ORDER Entered by Judge David G. Bernthal on 12/21/06. Petition to Proceed In Forma Pauperis is granted. Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $8.05. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office. (KW, ilcd) (Entered: 12/21/2006) |
| 04/17/2007 | 6 | OPINION DISMISSING CASE Entered by Chief Judge Michael P. McCuskey on 4/17/07. Pursuant to 28 USC Section 1915 and Section 1331, the plaintiff's entire complaint is dismissed. See written order. (KW, ilcd) (Entered: 04/17/2007) |
| 04/17/2007 | 7 | JUDGMENT in favor of Robert Andre Alvarado against Simon A Lundy (KW, ilcd) (Entered: 04/17/2007) |
| 04/25/2007 | 8 | MOTION for Reconsideration re Order Dismissing Case 6, Judgment 7 by Plaintiff Simon A Lundy.Responses due by 5/14/2007 (KW, ilcd) (Entered: 04/25/2007) |
| 07/09/2007 | 9 | Letter from plaintiff concerning his criminal case 03-10064 (KW, ilcd) (Entered: 07/09/2007) |
| 07/10/2007 | | TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 7/10/07. Before the court is the plaintiffs motion for reconsideration 8. The court has reviewed the plaintiffs motion and statements contained therein and find that its April 17, 2007 judgment is appropriate. Plaintiffs |

| | | | motion is denied. (KW, ilcd) (Entered: 07/10/2007) |
|---|---|---|---|
| 07/20/2007 | | 10 | NOTICE OF APPEAL as to 6 Order Dismissing Case, 7 Judgment by Simon A Lundy. Appeal Record due by 7/20/2007. (KW, ilcd) (Entered: 07/23/2007) |