



PAMELA E. ROBINSON
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

February 5, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: SIMON LUNDY v. ROBERT A. ALVARADO
D. C. Docket No. 06-2215
U. S. C. A. Docket No. 07-2734

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:   s/K. Wynn
        Deputy Clerk