E-FILED
Friday, 15 February, 2008 08:41:34 AM
Clerk, U.S. District Court, ILCD



E-FILED
Tuesday, 05 February, 2008 01:27:37 PM
Clerk, U.S. District Court, ILCD




UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

February 5, 2008

07-2734
FILED
FEB 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: SIMON LUNDY v. ROBERT A. ALVARADO
D. C. Docket No. 06-2215
U. S. C. A. Docket No. 07-2734

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A. – 7th Circuit
RECEIVED
FEB - 7 2008 RJT
GINO J. AGNELLO
CLERK

U.S.C.A. – 7th Circuit
FILED
FEB 07 2008 DP
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: s/K. Wynn
Deputy Clerk