# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 4, 2008

*By the Court:*

```
SIMON LUNDY,                              ] Appeal from the United
      Plaintiff-Appellant,                ] States District Court for
                                          ] the Central District of
No. 07-2734              v.               ] Illinois.
                                          ]
ROBERT A. ALVARADO,                       ] No. 06 C 2215
      Defendant-Appellee.                 ]
                                          ] Michael P. McCuskey,
                                          ]     Chief Judge.
```

The following is before the court:

1. **MONEY ORDER IN THE AMOUNT OF $100.00**, received by this court on April 4, 2008. Accordingly,

**IT IS ORDERED** that the clerk of this court endorse and send the money order to the clerk of the district court.



FILED

APR 0 7 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS