# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: April 3, 2008

By the Court:

No. 07-2734

SIMON LUNDY,
        Plaintiff - Appellant

v.

ROBERT A. ALVARADO,
        Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 2215, Michael P. McCuskey, Chief Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on 03/12/08 and was given 14 days to pay the $455 filing fee. The pro se appellant has not paid the $455 appellate fee. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997).

(1252-PLRA(g)-041299)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   April 3, 2008

TO:     Pamela E. Robinson
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL   61802-3369
        USA

FROM:   Clerk of the Court

RE:     07-2734
        Lundy, Simon v. Alvarado, Robert A.
        06 C 2215, Michael P. McCuskey, Chief Judge

        Herewith is the mandate of this court in this appeal.
        A certified copy of the opinion/order of the court
        shall constitute the mandate.

        The record that was filed with this court in this cause
        will be returned at a later date.

        Copies of this notice sent to:          Counsel of record

        [ ]     United States Marshal

        [ ]     United States Probation Office


        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Received above mandate from the Clerk, U.S.  Court of Appeals for
        the Seventh Circuit.

Date: _____     _____
(1203-052495)                             Deputy Clerk, U.S. District Court