# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF RECORD RETURN

**DATE:** May 12, 2008

**TO:** Pamela E. Robinson
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369
USA



FILED

MAY 14 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**FROM:** Clerk of the Court

**RE:** 07-2734
Lundy, Simon v. Alvarado, Robert A.
06 C 2215, Michael P. McCuskey, Chief Judge

The mandate or agency closing letter in this cause issued on 04/03/08.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

[ ]         Volumes Administrative Record
[1]         Volumes Pleadings
[ ]         Volumes Loose Pleadings
[ ]         Volumes Transcripts
[ ]         Volumes Exhibits
[ ]         Volumes Depositions
[ ]         In Camera material
[ ]         Other: _____

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  5/14/08                              s/V. Ball
                                            Deputy Clerk, U.S. District Court
(1073-042591)                               or Agency Representative